UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN DAVIS, | No. 2:19-cv-1301-KJM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| M SPEARMAN, et al., | |
| Defendants. | |

    On August 17, 2020, the court dismissed this civil rights case after plaintiff failed to file an amended complaint in accordance with the court's March 19, 2020 screening order. ECF Nos. 5, 12. The Clerk of Court then entered judgment. ECF No. 13.

    On September 9, 2020, plaintiff filed a "Motion to Reconsider," which the court construes as a motion for relief from judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. ECF No. 14. So construed, the motion is denied. Rule 60(b) provides for reconsideration of a final judgment where one of more of the following is shown: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which, with reasonable diligence, could not have been discovered within twenty-eight days of entry of judgment; (3) fraud, misrepresentation, or misconduct of an opposing party; (4) voiding of the judgment; (5) satisfaction of the judgment; and (6) any other reason justifying relief. Fed. R. Civ. P. 60(b).

Plaintiff states he timely mailed an amended complaint to the court on June 30, 2020. However, there is no record of an amended complaint on the court's docket and plaintiff's motion is not accompanied by a copy of the amended complaint or a proof of service. Plaintiff's motion fails to satisfy the Rule 60(b) standards.

Accordingly, IT IS ORDERED that plaintiff's "Motion to Reconsider," (ECF No. 14), construed as a Rule 60(b) motion for relief from judgment, is DENIED.

DATED: September 30, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE